AO93 Search and Seizure Warrant

ORIGINAL

# UNITED STATES DISTRICT COURT

for the
District of Arizona

SEALED

| In the Matter of the Search of: 1) 425 N. 36th St., Apartment 217, Phoenix, Arizona 85008; and 2) black 2004 GMC Yukon with Arizona license plate Z7A3B1A | Case No. 22-9498 MB<br>**(Filed Under Seal)** |
|---|---|

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachments A-1 and A-2.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before 12/30/2022 *(not to exceed 14 days)* ☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for 30 days (*not to exceed 30*) ☐ until, the facts justifying, the later specific date of ____________.

Date and time issued: 12/16/2022@2:35pm

ESWillett
*Judge's signature*

City and state: Phoenix, Arizona

Honorable Eileen S. Willett, U.S. Magistrate Judge
*Printed name and title*

**ATTACHMENT A-1**

*Property to be searched*

The property to be searched is 425 N. 36th St., Apartment 217, in Phoenix, Arizona 85008. The **Subject Residence** is an apartment unit within a three-story apartment building. The apartment unit to be searched is on the second floor of Building C, which is located in the southeast portion of the New Frontier apartment complex. The exterior of the apartment building is white and cream-colored stucco, with the bottom section covered in brown brick. The unit to be searched, which is on the second floor, has a white front door, as well as an enclosed balcony. The number "217" is affixed to the right of the front door.

NEW FRONTIER

# ATTACHMENT A-2

*Property to be searched*

The vehicle to be searched is a black 2004 GMC Yukon with Arizona license plate Z7A3B1A. The **Subject Vehicle** is depicted below from photos, taken on or about November 4, 2022.



**ATTACHMENT B**

*Property to be seized*

1. The following records relating to the violations of 18 U.S.C. §§ 922(g) (Prohibited Possession of a Firearm); 922(a)(1)(A) (Dealing in Firearms Without a License); 371 (Conspiracy); and 21 U.S.C. § 841 (Possession with Intent to Distribute), from January 1, 2022, to the present:
   a. Records, documents, notes, receipts, ledgers, invoices, indicia, or photographs showing the acquisition or sale of any narcotics, firearms, and firearm parts;
   b. Receipts, bank account records, buyer or seller lists, money transfer records, agreements for storage facilities, records of mail service, ledgers, and notebooks showing the acquisition and/or disposition of narcotics, firearms, and firearm parts;
   c. Books, records, receipts, notes, ledgers, personal checks and other papers relating to the transportation, ordering, and purchase of narcotics, firearms, ammunition, and firearm parts;
   d. Ledgers, customer lists, contact lists, inventory lists, vendor lists, or any notes containing the individual names of such persons, telephone numbers or addresses of such persons; and,
   e. Bank documents and records, financial documents and records, and any records and documents relating to any bank or financial transactions, including: correspondence, signature cards and applications for all credit card accounts, investment accounts, and retirement accounts; copies of monthly, quarterly, yearly or periodic account statements; pre-paid credit/debit cards; money wrappers; copies of check journals, check ledgers, checkbooks, check registers, deposit tickets, deposit items, credit memos, debit memos, canceled checks, loan applications, financial statements, mortgage or promissory notes; copies of loan ledger accounts; copies of annual loan statements; application for bank drafts,

cashier's checks, and foreign drafts; and records relating to employment, wages earned and paid, business income earned, and other compensation records.
2. Records indicating occupancy, residency, rental or ownership of the search location, including utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, and keys;
3. Any and all records pertaining to the rental of self-storage units and post office boxes or mailboxes;
4. Electronic equipment, including cellular telephones, computers, disks, thumb drives, and any media storage device, GPS devices and their memory, and related manuals used to generate, transfer, count, record or store the information described in this attachment.
5. Items used for identification, including identification cards under fictitious names, and any other type of false identifying documents.
6. Any firearms including firearms parts, frames, receivers, accessories, magazines, cases, boxes, holsters;
7. Any ammunition and components including, bullets, brass, casings, boxes, and cases;
8. Controlled substances illegally possessed;
9. Drug paraphernalia, to include packaging supplies, scales, wrappings, sealing devices, cut and masking agents;
10. Photographs showing controlled substances or firearms and people in possession of controlled substances or firearms.
11. Cash counting devices.
12. Postal and/or mailing materials to include pre-printed mailing labels, postage receipts, packaging materials, used mailing labels, parcels (and the contents thereof) consistent with the distribution of narcotics or the disbursement of related proceeds and evidence of related shipments.

**Return**

| Case No.: 22-9498 MB | Date and time warrant executed: 12/20/2022 at approx. 0600 | Copy of warrant and inventory left with: Thechele Carter |
|---|---|---|

Inventory made in the presence of : SA Dan Kolodziej

Inventory of the property taken and name of any person(s) seized:

- One Ruger, model P95, 9mm caliber, semi-automatic pistol, bearing serial number 31798252
- Nine (9) rounds of assorted 9mm caliber ammunition,
- Sixteen (16) rounds of Blazer 9mm caliber ammunition
- Eight (8) rounds of Wolf .223 caliber ammunition
- Approximately 105 grams of suspected fentanyl pills
- Approximately 23 grams of suspected cocaine
- One (1) digital scale, found in black box with Property Item #'s 005 and 006
- Fifteen (15) rounds of Ammo Incorporated 9mm caliber ammunition
- One (1) pill bottle with the name Antuan CARTER containing one (1) unknown pill
- One (1) round of assorted .223 caliber ammunition
- Paperwork indicia with the name Antuan CARTER
- Eleven (11) rounds of assorted caliber ammunition
- One (1) blue folder containing drawings and letters addressed to Antuan CARTER
- One (1) white box containing firearms parts
- Two (2) firearm attachments, found in Property Item
- Sixty-five (65) rounds of assorted .22 caliber ammunition
- One (1) 9mm caliber extended magazine
- One (1) 9mm caliber drum magazine
- Thirty-nine (39) rounds of assorted 9mm caliber ammunition
- One (1) AR-15 style magazine
- One (1) LG cellular phone

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/23/2023

Adam Omansky Digitally signed by Adam Omansky Date: 2023.03.23 11:24:15 -06'00'

*Executing officer's signature*

Adam Omansky Special Agent

*Printed name and title*